IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

EDWARD T. RAY,

    Petitioner,    No. CV-09-6206-SU

 v.

DON MILLS,       ORDER

    Respondent.

HERNANDEZ, District Judge:

  Magistrate Judge Sullivan issued a Findings and Recommendation (#35) on October 31, 2011, in which she recommends the Court deny petitioner's Amended Petition for Writ of Habeas Corpus, and decline to issue a Certificate of Appealability. Petitioner has timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

  When any party objects to any portion of the Magistrate Judge's Findings and

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered petitioner's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings and Recommendation [#35] and, therefore, petitioner's Amended Petition for Writ of Habeas Corpus [#9] is denied.  The Court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this   2nd    day of  December          , 2011.


/s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge